## E. J. OVERTON V. THE STATE.

No. 10699.  Delivered January 19, 1927.

**Manufacturing Intoxicating Liquor—Sentence—Practice on Appeal.**

The transcript on appeal must contain the sentence, to confer jurisdiction on this court.  There being no sentence in the record, the appeal must be dismissed.

Appeal from the District Court of Somervell County.  Tried below before the Hon. Irwin T. Ward, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty one year in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction in District Court of Somervell County of possessing equipment for the purpose of manufacturing intoxicating liquor, punishment one year in the penitentiary.

The statement of facts seems to be incorporated in the transcript herein, which is in violation of the rules of the court. However, an examination of the transcript shows that same contains no sentence.  In the absence of a sentence this court is without jurisdiction.  The appeal will be dismissed.

*Dismissed.*